IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES H. LIGHTENER,

    Petitioner,            No. CIV S-10-2612 EFB P

   vs.

JAMES A. YATES,

    Respondent.          ORDER

_____/

      Petitioner, a state prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      On November 17, 2010, the court dismissed petitioner's original habeas petition with leave to amend. The dismissal order explained the petition's deficiencies, gave petitioner 30 days to file an amended petition correcting those deficiencies, and warned petitioner that failure to file an amended petition would result in this action being dismissed.

////

////

////

1   The 30-day period has expired and petitioner has not filed an amended petition or
2 otherwise responded to the court's order.
3   Accordingly, it is hereby ordered that this action is DISMISSED.
4 Dated: January 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE